IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHANIE L. WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KAY COUNTY JUSTICE FACILITIES )<br>AUTHORITY, d/b/a KAY COUNTY )<br>DETENTION CENTER; and DON JONES, )<br>in his individual and official capacities, )<br>)<br>Defendants. ) | Case No. CIV-19-1013-C |

## JUDGMENT

Upon consideration of the pleadings herein, the Court finds that Defendants' Motions for Summary Judgment should be granted, and judgment is therefore entered on behalf of Defendants and against Plaintiff.

DATED this 21st day of January 2021.

ROBIN J. CAUTHRON
United States District Judge