**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

February 10, 2021

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE:  21-6009; CIV-19-1013-C; Wright v. Kay County Justice Facilities Authority et al

Dear Mr. Wolpert:

Notice is hereby given that

- [✔] no transcripts are necessary; or
- [ ] transcripts are already on file; or
- [ ] transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK


by:  s/ E. Morrow
       Case Administrator


cc: Counsel of Record